DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARK MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00131 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: October 3, 2011 |
| MARK MCGRATH, | ) | TIME: 11:00 A.M. |
| | ) | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for September 12, 2011, **may be**

**continued to October 3, 2011 at 11:00 P.M.**

This continuance is at the request of defense counsel as the parties have reached a resolution but

Mr. McGrath travels from Bakersfield by train and needs to make arrangements to attend court. It is

defense counsels understanding that the case, currently set for 11:00 a.m. on September 12, will be moved

to the 8:30 a.m. calendar. Because of the difficulty for Mr. McGrath to arrive at that time, this

continuance is requested.

The parties agree that the delay resulting from the continuance shall be excluded in the interests

of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation and for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 7, 2011          By: /s/ Karen Escobar
                                      KAREN ESCOBAR
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: September 7, 2011          By: /s/ Charles J. Lee
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MARK MCGRATH


**O R D E R**

IT IS SO ORDERED.

Dated:    September 7, 2011
                                      _____
                                      CHIEF UNITED STATES DISTRICT JUDGE