```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone:  (559) 497-6132
 4  Facsimile:   (559) 445-0156

 5  Attorney for Defendant
    JEREMY  DUNN
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1: 10-CR-00131 AWI |
| Plaintiff, | WAIVER OF APPEARANCE AND ORDER THEREON |
| v. | |
| JEREMY  DUNN, | DATE: November 7, 2011<br>TIME:   11:00 a.m.<br>Courtroom Two |
| Defendant. | HONORABLE ANTHONY W. ISHII |

Defendant, JEREMY DUNN, hereby waives his right to be present in person in open court upon the hearing presently set for November 7, 2011 at 11:00 a.m. in Courtroom Two of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:  10/26/2011                           /s/ Jeremy Dunn
                                                      JEREMY DUNN
                                             [Original signature in counsel's file]

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant JEREMY DUNN is hereby excused from appearing at the court hearing scheduled for November 7, 2011 at 11:00 a.m.

IT IS SO ORDERED.

Dated:   October 26, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE