1  JOHN F. GARLAND  #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone:  (559) 497-6132
4  Facsimile:  (559) 445-0156

5  Attorney for Defendant
   JEREMY DUNN
6

7                           UNITED STATES DISTRICT COURT
8
                            EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    )    Case No. 1: 10-CR-00131 AWI
11                              )
        Plaintiff,               )    WAIVER OF APPEARANCE
12                              )    AND ORDER THEREON
             v.                  )
13                              )    DATE:  January 23, 2012
   JEREMY DUNN,                  )    TIME:   11:00 a.m.
14                              )    Courtroom Two
        Defendant.                )
15  _____ )    HONORABLE ANTHONY W. ISHII

16

17     Defendant, JEREMY DUNN, hereby waives his right to be present in person in open

18 court upon the hearing presently set for January 23, 2012 at 11:00 a.m. in Courtroom Two of

19 the above entitled court. Defendant hereby requests the court to proceed in his absence and

20 agrees that his interests will be deemed represented at said hearing by the presence of his

21 attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all

22 future hearing dates to be set by the court including the date set for jury trial.

23

24 Dated:  01/18/2012                          /s/ Jeremy Dunn
                                               JEREMY DUNN
25                                     [Original signature in counsel's file]

26

27

28

                                        1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant JEREMY DUNN is hereby excused from appearing at the court hearing scheduled for January 23, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE