```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  1:10-cr-00131 AWI
                                 )
12                               )
                                 )
13           Plaintiff,           )
                                 )
14       v.                       )  AMENDED STIPULATION RE:
                                 )  CONTINUANCE AND
15                               )  ORDER
                                 )
16                               )
    JOSEPH TAYLOR,               )
17                               )
                                 )
18                               )
             Defendant.           )
19  _____)
```

20      The above-named Defendant in the above-captioned matter, by
21 and through his respective attorneys, and the United States of
22 America, by and through its attorneys, BENJAMIN B. WAGNER, United
23 States Attorney, and KAREN A. ESCOBAR, Assistant United States
24 Attorney, hereby enter into the following amended stipulation:
25      1.  The parties to the above-captioned matter agree to vacate
26 the defendant's January 23, 2012, sentencing hearing and reset the
27 matter for March 5, 2012, at 11:00 a.m., the anticipated new
28 status conference/sentencing hearing dates of the co-defendants.

                                  1

2. The parties further agree to file their sentencing memoranda by 4 p.m., Friday, January 27, 2012, and any replies by 4 p.m., February 27, 2012.

DATED: January 19, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ James Raza Lawrence
JAMES RAZA LAWRENCE
ALLISON MARGOLIN
Attorneys for Defendant
Joseph Taylor

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set January 23, 2012, for the above-named defendant is hereby vacated and is reset for March 5, 2012, at 11:00 a.m.

IT IS FURTHER THE ORDER of the Court that any sentencing memoranda in this matter will be filed by 4 p.m., Friday, January 27, 2012, and any replies will be filed by 4 p.m., February 27, 2012.

IT IS SO ORDERED.

Dated: January 19, 2012

CHIEF UNITED STATES DISTRICT JUDGE