1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  1:10-cr-00131 AWI
                                    )
12                                  )
                                    )
13              Plaintiff,          )
                                    )
14     v.                           )  STIPULATION RE:
                                    )  CONTINUANCE AND
15                                  )  ORDER
                                    )
16                                  )
   JOSEPH NOLAN and                 )
17 JEREMY DUNN,                     )
                                    )
18                                  )
                                    )
19              Defendants.         )
   _____)
20
        The above-named Defendants in the above-captioned matter, by
21
   and through their respective attorneys, and the United States of
22
   America, by and through its attorneys, BENJAMIN B. WAGNER, United
23
   States Attorney, and KAREN A. ESCOBAR, Assistant United States
24
   Attorney, hereby enter into the following stipulation:
25
        1.  The parties to the above-captioned matter agree to vacate
26
   the January 23, 2012, status conference date to continue ongoing
27
   plea negotiations and reset the matter for March 5, 2012, at 11:00
28

                                  1

a.m.[1]

    2.  The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation and continue plea negotiations.

    3.  The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: January 19, 2012           Respectfully submitted,

                                       BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ John Garland
JOHN GARLAND
Attorney for Defendant
Jeremy Dunn

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Attorney for Defendant
Joseph Nolan

O R D E R

    Having read and considered the foregoing stipulation,

    IT IS THE ORDER of the Court that the current status conference date of January 23, 2012, for the above-named defendants only is hereby vacated and is reset for March 5, 2012,

---

[1]This is the earliest available date and time for all parties.

1   at 11:00 a.m.

2      IT IS FURTHER ORDERED THAT time shall be excluded under the

3   Speedy Trial Act and that the ends of justice served by granting

4   the requested continuance outweigh the best interests of the

5   public and the defendant in a speedy trial, in that the failure

6   to grant the continuance would deny the parties' sufficient

7   opportunity to conduct further investigation and/or resolve the

8   matter.

9   IT IS SO ORDERED.

10

  Dated: _____January 19, 2012_____

11                      CHIEF UNITED STATES DISTRICT JUDGE