```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00131 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: |
| v. | ) | CONTINUANCE AND |
| | ) | ORDER |
| MARK McGRATH and DUSTIN YORK, | ) | |
| | ) | |
| Defendant. | ) | |

The above-named Defendants in the above-captioned matter, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate their January 23, 2012, sentencing hearings and reset the matter

////

////

1

for March 5, 2012, at 11:00 a.m., the anticipated new status conference dates of co-defendants JOSEPH NOLAN and JEREMY DUNN.

DATED: January 19, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Charles Lee
CHARLES LEE
Attorney for Defendant
Mark McGrath

/s/ Monica Mihell
MONICA MIHELL
Attorney for Defendant
Joseph York

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearings set January 23, 2012, for the above-named defendants only is hereby vacated and is reset for March 5, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated: February 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE