BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00131 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: |
| v. | ) | CONTINUANCE AND |
| | ) | ORDER |
| MARK McGRATH, | ) | |
| | ) | |
| Defendant. | ) | |

The above-named Defendant in the above-captioned matter, by and through his attorney, CHARLES LEE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate his March 5, 2012, sentencing hearing and reset the matter

////

////

1

for June 25, 2012, at 11:00 a.m.

DATED: February 29, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Charles Lee
CHARLES LEE
Attorney for Defendant
Mark McGrath

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set March 5, 2012, for the above-named defendant is hereby vacated and is reset for June 25, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated:    February 29, 2012
CHIEF UNITED STATES DISTRICT JUDGE