```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00131 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND |
| | ) | ORDER |
| DUSTIN YORK, | ) | |
| | ) | |
| Defendant. | ) | |

The above-named Defendant in the above-captioned matter, by and through his attorney, MONICA MIHELL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate his March 5, 2012, sentencing hearing and reset the matter for June 25, 2012, at 11:00 a.m.

DATED: February 29, 2012                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
                                               Assistant U.S. Attorney

                                             /s/ Monica Mihell
                                            MONICA MIHELL
                                            Attorney for Defendant
                                            Dustin York

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set March 5, 2012, for the above-named defendant is hereby vacated and is reset for June 25, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated:  ___March 1, 2012___                 _____
                                            CHIEF UNITED STATES DISTRICT JUDGE