```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  MARK MCGRATH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-00131 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO |
| ) | CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | DATE: September 17, 2012 |
| MARK MCGRATH, ) | TIME: 10:00 A.M. |
| ) | JUDGE: Hon. Anthony W. Ishii |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for June 25, 2012, **may be continued to September 17, 2012 at 10:00 A.M.**

This continuance is at the request of both parties as additional information is being developed which both parties feel will be relevant at Mr. McGrath's sentencing.

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 20, 2012                    By: /s/ Karen Escobar
                                        KAREN ESCOBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

McGrath - Stipulation and Proposed Order

| | |
|---|---|
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 20, 2012 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARK MCGRATH |

**O R D E R**

IT IS SO ORDERED.

Dated:     June 20, 2012    

_____
CHIEF UNITED STATES DISTRICT JUDGE