Allison Margolin (SBN. 222370)
Allison B. Margolin (SBN 222370)
Raza Lawrence (SBN. 233771)
Margolin & Lawrence, Attorneys at Law
8484 Wilshire Blvd., Ste. 440
Beverly Hills, CA 90211
Telephone: 323.653.9700
Facsimile: 323.653.9709

**Attorney for Defendant, JOSEPH TAYLOR**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO: 1:10-CR-0131 AWI** |
| **Plaintiff,** | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| **JOSEPH TAYLOR,** | |
| **Defendant.** | DATE : September 17, 2012<br>TIME : 10:00 A.M.<br>JUDGE : Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for June 25, 2012, **may be continued to September 17, 2012, at 10:00 A.M.**

This continuance is at the request of Defendant Joseph Taylor. The United States does not oppose a continuance, and will defer to the judgment of the Court. Counsel for Mr. Taylor submits that a continuance would promote judicial efficiency, allowing Mr. Taylor to be sentenced at the same time as his co-defendant Mark McGrath; that the sentencing hearings for Messrs. Taylor and McGrath will involve many of the same legal and factual issues, and it would be appropriate and just for the Court to consider the identical sentencing issues for the two defendants at the same time; and that additional information is being developed which will be relevant at the sentencing hearing.

///

As this is a sentencing hearing, no exclusion of time is necessary.

DATED: June 20, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: **/s/ Karen Escobar**
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

**/s/ J. Raza Lawrence**
J. RAZA LAWRENCE
Margolin & Lawrence
Attorney for Defendant
Joseph Taylor

**ORDER**

IT IS SO ORDERED.

Dated: June 21, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE