1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California 93711
   Telephone: (559) 221-0200
4  Facsimile: (559) 221-7997
   E-mail: anthony@capozzilawoffices.com
5  www.capozzilawoffices.com

6  Attorney for Defendant,
   Joseph Nolan
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                EASTERN DISTRICT OF CALIFORNIA, FRESNO
10

11 UNITED STATES OF AMERICA,      ) Case No.: 1:10-CR-00131 AWI
                                  )
12         Plaintiff,             )
                                  ) [REVISED] STIPULATION AND
13    vs.                         ) PROPOSED ORDER TO CONTINUE
                                  ) STATUS CONFERENCE
14 JOSEPH NOLAN AND JEREMY        )
   DUNN,                          )
15                                )
           Defendants.            )
16

17     Defendant, Joseph Nolan, by and through his attorney of
18 record, Anthony P. Capozzi, and Defendant Jeremy Dunn, by and
19 through his attorney of record, John Garland, and the United
20 States Attorney by and through Karen A. Escobar stipulates
21 that the Status Conference in the above-entitled case set for
22 June 25, 2012 at 11:00 a.m. be continued to September 24,
23 2012 at 1:00 p.m.
24 ///
25 ///
26 ///
27 ///
28 ///

Additional time is needed for plea discussions between the parties. Time has been excluded.

DATED: June 21, 2012                 Respectfully submitted,


                                     /s/Anthony P. Capozzi
                                     Anthony P. Capozzi
                                     Attorney for Defendant
                                     Joseph Nolan

                                     /s/John F. Garland
                                     John F. Garland
                                     Attorney for Defendant
                                     Jeremy Dunn


                                     /s/Karen A. Escobar
                                     Karen A. Escobar
                                     Attorney for United States


### ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Status Conference now set for June 25, 2012, be continued to Monday, September 24, 2012, at 1:00 p.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161 (h)(A) and 3161 (h)(B)(ii).

IT IS SO ORDERED.

Dated:  **June 22, 2012**              /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE