Monica A. Mihell, Esq. SBN 108829
MIHELL & ASOCIATES
1541 Ocean Avenue
Suite 200
Santa Monica, California 90401
Telephone    310/424-1415
Facsimile    310/424-1416

Attorney for Defendant,
DUSTIN YORK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>DUSTIN YORK,<br>　　　　　　　　　Defendant. | Case No.: 1:10-cr-00131 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>**DATE:** September 17, 2012<br>TIME:    10:00 A.M.<br>JUDGE:   Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for June 25, 2012 **may be continued to September 17, 2012 at 10:00 am.**

This continuance is at the request of counsel for Defendant Dustin York.

///

///

_____
**Defendant Dustin York's Stipulation and [Proposed] Order
to Continue Sentencing Hearing**

As this is a sentencing hearing, no exclusion of time is necessary.

DATE: June 20, 2012

                                      Respectfully submitted,

                                      MIHELL & ASSOCIATES

                                      By: /s/ Monica A. Mihell
                                           Monica A. Mihell, Esq.
                                           Attorney for Defendant, Dustin York

DATE: June 20, 2012

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Karen Escobar
                                          Karen Escobar,
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: June 22, 2012                _____
                                     CHIEF UNITED STATES DISTRICT JUDGE