```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cr-00131 AWI |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| MARK McGRATH, | |
| Defendant. | |

The above-named Defendant in the above-captioned matter, by and through his attorney, CHARLES LEE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate his September 17, 2012, sentencing hearing and reset the matter

////

////

1

for December 3, 2012, at 11:00 a.m.

DATED: September 11, 2012  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
 KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Charles Lee
CHARLES LEE
Attorney for Defendant
Mark McGrath

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set September 17, 2012, for the above-named defendant is hereby vacated and is reset for December 3, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated: _____September 12, 2012_____  _____
 CHIEF UNITED STATES DISTRICT JUDGE

2