```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   1:10-cr-00131 AWI
                                  )
12                                )
                                  )
13              Plaintiff,        )
                                  )
14       v.                       )   STIPULATION RE:
                                  )   CONTINUANCE AND
15                                )   ORDER
                                  )
16                                )
    DUSTIN YORK,                  )
17                                )
                                  )
18                                )
                Defendant.        )
19  _____)
```

20      The above-named Defendant in the above-captioned matter, by
21 and through his attorney, MONICA MIHELL, and the United States of
22 America, by and through its attorneys, BENJAMIN B. WAGNER, United
23 States Attorney, and KAREN A. ESCOBAR, Assistant United States
24 Attorney, hereby enter into the following stipulation:
25      1.  The parties to the above-captioned matter agree to vacate
26 his September 17, 2012, sentencing hearing and reset the matter
27 ////
28 ////

1

for December 3, 2012, at 11:00 a.m.

DATED: September 13, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Monica Mihell
MONICA MIHELL
Attorney for Defendant
Dustin York

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set September 17, 2012, for the above-named defendant is hereby vacated and is reset for December 3, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated:    September 13, 2012
CHIEF UNITED STATES DISTRICT JUDGE