```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )  1:10-CR-00131-AWI
                                  )
12              Plaintiff,        )  PRELIMINARY ORDER OF FORFEITURE
                                  )
13     v.                         )
                                  )
14 JEREMY DUNN,                   )
                                  )
15              Defendant.        )
                                  )
16 _____)
```

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jeremy Dunn, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Jeremy Dunn's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Grow Equipment: 65 sets of bubble bags,
   b. Grow Equipment: 42 Lumatek - LK1000 transformers,
   c. Grow Equipment: 9 1000 watt transformers,
   d. Grow Equipment: Nextgen transformer,
   e. Grow Equipment: 51 Hydrofarm reflective light hoods,
   f. Grow Equipment: 2 Carbon Filers,
   g. Grow Equipment: 2 Sentinel $CO_2$ generators,
   h. Grow Equipment: 2 Bug fumigation canisters,
   i. Grow Equipment: Trim Reaper - Marijuana trimmer,

    j. Grow Equipment: Water filter, and
    k. Grow Equipment: 2 Vent Fans 10".

  2. The above assets were used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 846.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in their secure custody and control.

  4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of

Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: March 15, 2013

_____
SENIOR DISTRICT JUDGE