ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00131-AWI |
| Plaintiff, | ) |
| vs. | ) AMENDED STIPULATION AND |
| | ) ORDER TO EXONERATE BOND |
| JOSEPH NOLAN, | ) |
| Defendant. | ) |

**TO THE ABOVE-ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi, that the following property bonds posted as collateral in the above referenced matter be exonerated and the Deeds returned.

1. Joseph J. Nolan and Blanca E. Nolan, Deed No. 20100325-00046357-0 – Docket # 11 (filed March 29, 2010).

2. Blanca E. Nolan, Deed No. 2010-0116787 – Docket #13 (filed March 29, 2010).

This Stipulation is based upon the fact that Pre-Trial Services for the Central and Eastern Districts of California believe that Defendant is in full compliance and shows no signs of noncompliance.


DATED: March 28, 2013                    Respectfully submitted,

                                         /s/Karen A . Escobar
                                         United States Attorney


DATED: March 28, 2013                    Respectfully submitted,

                                         /s/Anthony P. Capozzi
                                         ANTHONY P. CAPOZZI
                                         Attorney for, JOSEPH NOLAN


                              *  *  *  *  *

                                **ORDER**


   **IT IS HEREBY ORDERED** that the property bonds posted to secure the release of Defendant, Joseph Nolan is exonerated. The Clerk of the Court shall immediately reconvey the real property posted to secure Mr. Nolan's release.

        IT IS SO ORDERED.



IT IS SO ORDERED.

   Dated:   **March 28, 2013**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE