1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California 93711
   Telephone: (559) 221-0200
4  Facsimile: (559) 221-7997
   E-mail: anthony@capozzilawoffices.com
5  www.capozzilawoffices.com

6  Attorney for Defendant,
   JOSEPH NOLAN
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                EASTERN DISTRICT OF CALIFORNIA, FRESNO
10

11 | UNITED STATES OF AMERICA,           ) Case No.: 1:10-CR-00131 AWI
                                        )
12 |        Plaintiff,                   )
                                        )
13 |    vs.                              ) *AMENDED* STIPULATION AND
                                        ) ORDER TO CONTINUE CHANGE OF
14 |                                    ) PLEA
                                        )
15 | JOSEPH NOLAN,                       )
                                        )
16 |                                    ) Date: April 15, 2013
                                        )
17 |        Defendant.                   ) Time: 10:00 a.m.
                                        ) Hon. Anthony W. Ishii
18

19     Defendant, JOSEPH NOLAN, by and through his attorney of
20 record, Anthony P. Capozzi and the United States Attorney by
21 and through Karen A. Escobar, hereby stipulate as follows:
22     1. By previous order, this matter was set for change of
23 plea on April 15, 2013, at 10:00 a.m.
24     2. By this stipulation, defendant now moves to continue
25 the change of plea until **April 22, 2013, at 10:00 a.m.** and to
26 exclude time between April 15, 2013, and April 22, 2013, under
27 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose
28 this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Due to an unforeseen event Defense Counsel is unavailable on Monday, April 15, 2013.

    b. The government does not object to the continuance.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2013, to April 22, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///

Respectfully submitted,

DATED: April 11, 2013              /s/Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Attorney for United States



DATED: April 11, 2013              /s/Anthony P. Capozzi
                                    ANTHONY P. CAPOZZI
                                    Attorney for Defendant
                                    JOSEPH NOLAN


**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 15, 2013, to, and including, April 22, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Change of Plea currently scheduled for April 15, 2013, at 10:00 a.m. is continued to **April 22, 2013, at 10:00 a.m.**


IT IS SO ORDERED.

Dated: __April 11, 2013__          _____
                                    SENIOR DISTRICT JUDGE