1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California  93711
   Telephone:  (559) 221-0200
4  Facsimile:  (559) 221-7997
   E-mail:  anthony@capozzilawoffices.com
5  www.capozzilawoffices.com

6  Attorney for Defendant,
   JOSEPH NOLAN
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA, FRESNO
10

11 UNITED STATES OF AMERICA,     ) Case No.: 1:10-CR-00131 AWI
                                 )
12         Plaintiff,            )
                                 )
13    vs.                        ) STIPULATION AND ORDER TO
                                 ) CONTINUE CHANGE OF PLEA
14                               )
                                 )
15 JOSEPH NOLAN,                 )
                                 ) Date: April 22, 2013
16                               ) Time:  10:00 a.m.
           Defendant.            ) Hon. Anthony W. Ishii
17                               )
18

19      Defendant, JOSEPH NOLAN, by and through his attorney of

20 record, Anthony P. Capozzi and the United States Attorney by

21 and through Karen A. Escobar, hereby stipulate as follows:

22      1. By previous order, this matter was set for change of

23 plea on April 22, 2013, at 10:00 a.m.

24      2. By this stipulation, defendant now moves to continue

25 the change of plea until **April 29, 2013, at 10:00 a.m.** and to

26 exclude time between April 22, 2013, and April 29, 2013, under

27 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose

28 this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Due to an unforeseen event Defendant is unavailable on Monday, April 22, 2013.

   b. The government does not object to the continuance.

   c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2013, to April 29, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///

Stipulation and [Proposed] Order to Continue Change of Plea
CASE NO.: 1:10-CR-00131 AWI

Respectfully submitted,

DATED: April 15, 2013              /s/Karen A. Escobar___
                                   KAREN A. ESCOBAR
                                   Attorney for United States



DATED: April 15, 2013              /s/Anthony P. Capozzi
                                   ANTHONY P. CAPOZZI
                                   Attorney for Defendant
                                   JOSEPH NOLAN


                              **ORDER**


For reasons set forth above, the continuance requested by the
parties is granted for good cause and time is excluded under
the Speedy Trial Act from April 22, 2013, to, and including,
April 29, 2013, based upon the Court's finding that the ends
of justice outweigh the public's and defendant's interest in
a speedy trial. 18 U.S.C. §3161(h)(7)(A).

     **IT IS ORDERED** that the Change of Plea currently scheduled
for April 22, 2013, at 10:00 a.m. is continued to **April 29,
2013, at 10:00 a.m.**



IT IS SO ORDERED.

Dated:   April 16, 2013           _____
                                    SENIOR  DISTRICT  JUDGE