ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00131 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| JOSEPH NOLAN, | ) |
| | ) Date: July 29, 2013 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Hon. Anthony W. Ishii |

Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Karen A. Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 29, 2013, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **October 21, 2013, at 10:00 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on April 29, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by October 21, 2013, the required investigations and discovery will be completed.

b. The parties request that Informal Objections be filed on September 23, 2013, and Formal Objections be filed on October 8, 2013.

c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: July 11, 2013         /s/Karen A. Escobar
                             KAREN A. ESCOBAR
                             Attorney for United States


DATED: July 11, 2013         /s/Anthony P. Capozzi
                             ANTHONY P. CAPOZZI
                             Attorney for Defendant
                             JOSEPH NOLAN

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for July 29, 2013, at 10:00 a.m. is continued to **October 21, 2013, at 10:00 a.m.** and the Informal Objections are due on September 23, 2013, and the Formal Objections are due on October 8, 2013.

IT IS SO ORDERED.

Dated: July 10, 2013

_____
SENIOR DISTRICT JUDGE