```
 1  ANTHONY P. CAPOZZI, CSBN: 068525
    NICHOLAS A. CAPOZZI, CSBN: 275568
 2  LAW OFFICES OF ANTHONY P. CAPOZZI
    1233 W. Shaw Avenue, Suite 102
 3  Fresno, California  93711
    Telephone:  (559) 221-0200
 4  Facsimile:  (559) 221-7997
    E-mail:  anthony@capozzilawoffices.com
 5  www.capozzilawoffices.com

 6  Attorney for Defendant,
    JOSEPH NOLAN
 7
 8
                IN THE UNITED STATES DISTRICT COURT
 9
                EASTERN DISTRICT OF CALIFORNIA, FRESNO
10
11  UNITED STATES OF AMERICA,   ) Case No.: 1:10-CR-00131 AWI
                                )
12          Plaintiff,          )
                                )
13      vs.                     ) STIPULATION AND ORDER TO
                                ) CONTINUE SENTENCING
14                              )
                                )
15  JOSEPH NOLAN,               )
                                ) Date: October 21, 2013
16                              ) Time:  10:00 a.m.
            Defendant.          ) Hon. Anthony W. Ishii
17                              )
18
19      Defendant, JOSEPH NOLAN, by and through his attorney of
20  record, Anthony P. Capozzi and the United States Attorney by
21  and through Karen A. Escobar, hereby stipulate as follows:
22      1. By previous order, this matter was set for sentencing
23  on October 21, 2013, at 10:00 a.m.
24      2. The parties agree and stipulate that Defendant requests
25  this court to continue the sentencing until **February 3, 2014,**
26  **at 10:00 a.m.**
27      3. Additionally, the parties agree and stipulate, and
28  request that the Court find the following:
```

a. The Defendant pled guilty on April 29, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by February 3, 2014, the required investigations and discovery will be completed.

b. The parties request that Informal Objections be filed on January 6, 2014, and Formal Objections be filed on January 21, 2014.

c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: September 19, 2013  /s/Karen A. Escobar
KAREN A. ESCOBAR
Attorney for United States

DATED: September 19, 2013  /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant
JOSEPH NOLAN

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for October 21, 2013, at 10:00 a.m. is continued to **February 3, 2014, at 10:00 a.m.** and the Informal Objections are due on January 6, 2014, and the Formal Objections are due on January 21, 2014.

IT IS SO ORDERED.

Dated: September 19, 2013     _____

                                                SENIOR DISTRICT JUDGE